# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Franklin David Beahm
Beahm & Green
145 Robert E. Lee Blvd, #408
New Orleans LA 70124

Gordon J. Schoeffler
Attorney at Law
P. O. Box 4929
Lafayette LA 70502

Christopher G. Otten
Beahm & Green
145 Robert E. Lee Blvd Ste 408
New Orleans LA 70124-2552

## REHEARING ACTION: October 28, 2015

**Docket Number: 15   00060-CA**

**BENJAMIN B. BLANCHET, ET AL.**
**VERSUS**
**HENRY ALBERT BOUDREAUX, JR., ET AL.**

**Appealed from Vermilion Parish Case No. 96178**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Billy Howard Ezell**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Henry Albert Boudreaux, Jr.** has this day been

> **DENIED.**

cc: Joe McCaleb Bilbro, Counsel for the Appellee
    Henry Camille Perret, Jr., Counsel for the Appellee
    Sean P. Mount, Counsel for the Appellee
    Sonya Boudreaux, In Proper Person
    Emmanuel Thibeaux, In Proper Person